IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1394-JLK-MJW**

**MARQUEZ CONSTRUCTORS, INC., a Colorado corporation,**

    Plaintiff,

v.

**ZURN INDUSTRIES, LLC, a Delaware limited liability corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion for Dismissal of all Claims With Prejudice (doc. #26), filed June 8, 2011, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  June 13, 2011

                          BY THE COURT:

                          *S/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT